UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>   Plaintiff,<br> v.<br>JAVIER ROSALES,<br>   Defendant. | Case No. 17-cr-00376-SI-1<br><br>**VERDICT FORM** |

1  <u>COUNT ONE</u>

2  We, the Jury, unanimously find the defendant, JAVIER ROSALES,

3  GUILTY _____    NOT GUILTY _____    (check one)

4  of a violation of 26 U.S.C. § 5861(d).

6  When this form is completed, the jury foreperson should date and sign it and advice the

7  Court that you have reached a verdict.

9  DATED: _____    _____

10  FOREPERSON